UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGDALIA LOPEZ,

                 Plaintiff,

     -against-

NEW YORK CITY, et al.,

                 Defendants.

17-CV-6442 (CM)

CIVIL JUDGMENT

Pursuant to the order issued October 12, 2017, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 12, 2017
            New York, New York

                                              COLLEEN McMAHON
                                     Chief United States District Judge